AO 442 (Rev. 01/09) Arrest Warrant

116/3460

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:10CR249 |
| | ) | | |
| Nathan Larson | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Nathan Larson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    X Order of the Court

This offense is briefly described as follows:

Date: Aug 10, 2010

*Issuing officer's signature*

City and state: Alexandria, VA     Richard Banke/Deputy Clerk
*Printed name and title*

RECEIVED UNITED STATES MARSHALL
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION
2010 AUG 10 P 5: 14

| Return |
|---|
| This warrant was received on *(date)* 8/10/10 , and the person was arrested on *(date)* 8/11/10 at *(city and state)* CATLETT, VA . |
| Date: |
| *Arresting officer's signature* |
| DUSM BRETT STEVENSON |
| *Printed name and title* |